# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN GUARANTY AND LIABILITY INSURANCE COMPANY, ) ) ) Plaintiff/Counter-Defendant, ) ) v. ) ) CROSBY TRUCKING SERVICE, INC., ) ) Defendant/Counter-Plaintiff, ) ) ****************************************** ) ) CROSBY TRUCKING SERVICE, INC., ) ) Third-Party Plaintiff, ) ) v. ) ) ECHO GLOBAL LOGISTICS, INC., ) BENTELER AUTOMOTIVE ) CORPORATION, and BENTELER GOSHEN, ) INC., ) ) Third-Party Defendants. ) | Case No. 3:13-CV-00147<br><br>Judge Aleta A. Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, the court hereby finds as follows:

- Defendant/Counter-Plaintiff Crosby Trucking Service, Inc.'s ("Crosby Trucking") Motion for Leave to File a Third-Party Complaint Against Martinrea Industries, Inc. (Docket No. 44) is **DENIED**.

- Plaintiff American Guaranty and Liability Insurance Company's Motion for Oral Argument (Docket No. 62) is **DENIED**.

- Crosby Trucking's Motion to Transfer Venue (Docket No. 29) is

1

**GRANTED**.

• This case is hereby **TRANSFERRED** to the United States District Court for the Northern District of Indiana.

It is so **ORDERED**.

Enter this 26th day of July 2013.

_____
ALETA A. TRAUGER
United States District Judge